*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HACKEL, GROSS, and BLOSSER
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Yair R. ACOSTA-FIERROS**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202300103**

_____

Decided: 21 December 2023

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Yong J. Lee

Sentence adjudged 19 January 2023 by a general court-martial convened at Marine Corps Air Station Miramar, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for seven months, and a bad-conduct discharge.

For Appellant:
*Lieutenant Commander Daniel C. LaPenta, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.[2]

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice [UCMJ], 10 U.S.C. §§ 859, 866.

[2] Although not explicitly stated in the convening authority's action or the Entry of Judgment, we note that Appellant's adjudged bad-conduct discharge was remitted by operation of Rule for Courts-Martial 1107(e) upon completion of the case *United States v. Lance Corporal Freddie A. Montoya, Jr., USMC* on 28 June 2023 and the resulting expiration of the period of suspension.